AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

John Dennis

v.

Wachovia Securities, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 11270 GAO

TO: (Name and address of Defendant)

Wachovia Securities, LLC, 901 Byrd St., Riverfront Plaza, Richmond VA 23219

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edmund Polubinski Jr
Lyne, Woodworth & Evarts LLP
600 Atlantic Ave
Boston, MA 02210

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                JUN 17 2005

CLERK                                            DATE



(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| NA| ...|



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA  02108 • (617) 989-6999

*Suffolk, ss.*

June 21, 2005
I hereby certify and return that on 6/20/2005 at  3:15PM I served a true
and attested copy of the Summons and Verified Complaint in this action in
the following manner: To wit, by delivering in hand to B.Montanez,  agent
and person in charge at the time of service for Wachovia Securities LLC, at
84 State Street, Corporation Services Boston, MA 02108. U.S. District
Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage
and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    John Cotter                                    Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                     Date                            Signature of Server

                                        _____
                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.