UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DENNIS,<br><br>   Plaintiff,<br><br>v.<br><br>WACHOVIA SECURITIES, LLC,<br><br>   Defendant. | )<br>)<br>)<br>) No. 05-11270-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

**AGREED UPON MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT AND MOTION TO VACATE ARBITRATION AWARD**

  Defendant Wachovia Securities, LLC ("Wachovia" or "Defendant") submits this Agreed Upon Motion for an Extension of Time to Respond to Plaintiff's Complaint and Motion to Vacate Arbitration Award.

  On July 5, 2005, Deborah Gale Evans, Esq., counsel for Defendant, spoke with Edmund Polubinski, Jr., counsel for Plaintiff, and requested a two week extension of time within which to file a response to Plaintiff's Complaint and Motion to Vacate Arbitration Award. Mr. Polubinski agreed to extend the time within which Defendant has to respond to the Complaint to July 25, 2005.

Dated: July 7, 2005     WACHOVIA SECURITIES, LLC

            By its attorneys,

            _____
            Pete S. Michaels, Esq.
            Deborah Gale Evans, Esq.
            Jason C. Moreau, Esq.
            Michaels & Ward, LLP
            One Liberty Square
            Boston, MA 02109
            (617) 350-4040

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2005, I served true and correct copies of the foregoing, via first class mail, upon Edmund Polubinski, Jr., counsel for Plaintiff, at Federal Reserve Plaza, 600 Atlantic Avenue, Boston, MA 02210.

*[signature]*
Deborah Gale Evans, Esq.