UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DENNIS, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 05-CV-11270-GAO |
| ) | |
| vs. ) | |
| ) | |
| WACHOVIA SECURITIES, LLC ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please be advised that Pete S. Michaels, David Ward, and Deborah Gale Evans have been retained to represent Wachovia Securities, LLC in this matter. Please direct all future correspondence and pleadings to the following address:

**Pete S. Michaels, Esq.**
psm@michaelsward.com
**David Ward, Esq.**
dlw@michaelsward.com
**Deborah Gale Evans, Esq.**
dge@michaelsward.com
**MICHAELS & WARD, LLP**
**One Liberty Square**
**Boston, MA 02109**
**Tel: (617) 350-4040**
**Fax: (617) 350-4050**

Dated: August 1, 2005

Pete S. Michaels, Esq.
David L. Ward, Esq.
Deborah Gale Evans, Esq.
MICHAELS & WARD, LLP
One Liberty Square
Boston, Massachusetts 02109
(617) 350-4040

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August 2005, a true and correct copy of the foregoing Notice of Appearance was delivered by first class mail to the following counsel of record for Plaintiff:

>Edmund Polubinski, Jr.
>Federal Reserve Plaza
>600 Atlantic Avenue
>Boston, MA 02110

Deborah Gale Evans, Esq.

2