UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11270-GAO

JOHN DENNIS,
Plaintiff,

v.

WACHOVIA SECURITIES, LLC,
Defendant.

ORDER ADOPTING REPORT AND RECOMMENDATIONS
March 31, 2006

O'TOOLE, D.J.

On February 2, 2006, the Magistrate Judge to whom the matter was referred filed her Report and Recommendations on the plaintiff's motion to vacate an arbitration award (docket no. 1) and the defendant's motion to dismiss the complaint or to confirm the award (docket no. 5). The Magistrate Judge recommended that the motion to vacate be denied and the motion to confirm be granted. She also recommended that the motion to dismiss for failure to join an indispensable party be denied.

No objection has been made to the Report. After review of the Report and the relevant pleadings, I adopt the Report and Recommendations as filed for the reasons stated therein.

The defendant's motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(1) and (7) is DENIED. The motion to vacate is DENIED, and the cross-motion to confirm is GRANTED. The arbitration award is CONFIRMED.

It is SO ORDERED.

March 31, 2006
Date

/s/ George A. O'Toole, Jr.
District Judge