UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN DENNIS
           Plaintiff(s)

v.                                 CIVIL ACTION NO. 05-11270-GAO

WACHOVIA SECURITIES, LLC
           Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

☐   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Pursuant to the court's Order Adopting Report and Recommendations, dated March 31, 2006, The motion to vacate is DENIED, and the cross-motion to confirm is GRANTED. The arbitration award is CONFIRMED.**

                                                         SARAH A. THORNTON,
                                                         CLERK OF COURT

Dated: 3/31/06                                  By PAUL LYNESS
                                                              Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)